Felicia A. Espinosa, SBN 267198
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California  93721
Telephone: (559) 441-8721; Facsimile (559) 441-0724
E-mail: fespinosa@crla.org

Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ, et al.

*Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINO PRIMITIVO GOMEZ; MARICELA BAUTISTA MARTINEZ; ZEFERINO FERNANDEZ GONZALEZ; CARLOS CRUZ CORTES; APOLINAR PRIMITIVO GOMEZ; JACINTA ROJAS; EUGENIA LOPEZ MARTINEZ; NATALIA LOPEZ; MARIANO PRIMITIVO MARTINEZ; ERIKA PRIMITIVO ROJAS; JULIANA MARTINEZ LOPEZ; PEDRO MARTINEZ PRIMITIVO; JACINTA MARTINEZ LOPEZ; ZEFERINO PORFIRIO MARTINEZ; AMELIA RUIZ JIMENEZ; ADELINA BAUTISTA; TERESA BAUTISTA MERINO; JAVIER CRUZ NICOLAS; HILARIO HERNANDEZ MARTINEZ; SANTA R. MARTINEZ; IGNACIO HERNANDEZ REGINO; IRENE RODRIGUEZ MERINO; ROBERTO HERNANDEZ REGINO; REGINA LOPEZ MARTINEZ; MARTHA MARTINEZ PATRICIO; VALENTIN PATRICIO LOPEZ; MARCELINA PORFIRIO LOPEZ; ANDRES RAMIREZ; and, MARIO PATRICIO MARTINEZ; Individuals,<br><br>Plaintiffs,<br>vs.<br><br>H & R GUNLUND RANCHES, INC., a California Corporation; and DOES 1 through 10, Inclusive,<br>Defendants. | CASE No.:   1:10-cv-01163-LJO-MJS<br><br>**ORDER ADOPTING THE PARTIES' STIPULATION AND ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR:**<br><br>1. Failure to Pay Minimum Wages;<br>2. Liquidated Damages for Failure to Pay Minimum Wage;<br>3. Failure to Pay Overtime;<br>4. Failure to Provide Rest Periods;<br>5. Failure to Provide Meal Periods;<br>6. Failure to Provide Necessary Tools;<br>7. Failure to Pay All Wages Upon Discharge<br>8. Failure to Provide Itemized Wage Statements;<br>9. Failure to Provide Employee Records<br>10. Violation of Fair Labor Standards Act;<br>11. Violation of Migrant Agricultural Worker Health Protection Act.<br>12. Unlawful Competition Pursuant to Bus. & Profs. Code 17200, et seq.;<br>13. Penalties under Labor Code § 2699<br><br>(ECF No. 29) |

On January 19, 2011, the parties filed a Stipulation stating that Plaintiff would be permitted to file a Second Amended Complaint for the purpose of adding two additional Plaintiffs, adding

1  additional violations and facts concerning Plaintiffs' Sixth and Thirteenth Causes of Action, and
2  making various typographical corrections.
3      Pursuant to the aforementioned Stipulation and **GOOD CAUSE APPEARING**
4  **THEREFORE; IT IS SO ORDERED** that Plaintiffs are granted leave to file their Second
5  Amended Complaint.

6

7

8  IT IS SO ORDERED.

   Dated:   January 19, 2011        /s/ *Michael J. Seng*
9  ci4d6                                        UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26