Felicia A. Espinosa, SBN 267198
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California  93721
Telephone: (559) 441-8721; Facsimile (559) 441-0724
E-mail: fespinosa@crla.org

Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ,
 . . . and, ANDRES RAMIREZ

*Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINO PRIMITIVO GOMEZ; MARICELA BAUTISTA MARTINEZ; ZEFERINO FERNANDEZ GONZALEZ; CARLOS CRUZ CORTES; APOLINAR PRIMITIVO GOMEZ; JACINTA ROJAS; EUGENIA LOPEZ MARTINEZ; NATALIA LOPEZ; MARIANO PRIMITIVO MARTINEZ; ERIKA PRIMITIVO ROJAS; JULIANA MARTINEZ LOPEZ; PEDRO MARTINEZ PRIMITIVO; JACINTA MARTINEZ LOPEZ; ZEFERINO PORFIRIO MARTINEZ; AMELIA RUIZ JIMENEZ; ADELINA BAUTISTA; TERESA BAUTISTA MERINO; JAVIER CRUZ NICOLAS; HILARIO HERNANDEZ MARTINEZ; SANTA R. MARTINEZ; IGNACIO HERNANDEZ REGINO; IRENE RODRIGUEZ MERINO; ROBERTO HERNANDEZ REGINO; REGINA LOPEZ MARTINEZ; MARTHA MARTINEZ PATRICIO; VALENTIN PATRICIO LOPEZ; MARCELINA PORFIRIO LOPEZ; ANDRES RAMIREZ; and, MARIO PATRICIO MARTINEZ; Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>H & R GUNLUND RANCHES, INC., a California Corporation; and DOES 1 through 10, Inclusive,<br>Defendants. | CASE No.:  1:10-cv-01163-LJO-MJS<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD AND ORDER THEREON** |

To H&R GUNLUND RANCHES, INC. and their attorney of record:

PURSUANT TO LOCAL RULE 182(g) NOTICE IS HEREBY GIVEN that California Rural Legal Assistance, Inc has withdrawn as attorneys of record for Mariano Primitivo Martinez, plaintiff in the above-titled action, effective March 14, 2011.

Plaintiff Mariano Primitivo Martinez is represented and will continue to be represented by Talamantes/Villegas/Carrera, LLP located at 170 Columbus Avenue, Suite 300, San Francisco, CA 94133.

Dated: March 14, 2011      /s/ As Approved on March 14, 2011
                           By: MARIANO PRIMITIVO MARTINEZ

Dated: March 14, 2011      CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

                           /s/ As Approved on March 14, 2011
                           By:   FELICIA A. ESPINOSA
                           Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ, MARICELA BAUTISTA MARTINEZ, ZEFERINO FERNANDEZ GONZALEZ, CARLOS CRUZ CORTES, APOLINAR PRIMITIVO GOMEZ, JACINTA ROJAS, EUGENIA LOPEZ MARTINEZ, NATALIA LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA PRIMITIVO, JULIANA MARTINEZ LOPEZ, PEDRO MARTINEZ PRIMITIVO, JACINTA MARTINEZ LOPEZ, ZEFERINO PORFIRIO MARTINEZ, AMELIA RUIZ JIMENEZ, ADELINA BAUTISTA, TERESA BAUTISTA MERINO, JAVIER CRUZ NICOLAS, HILARIO HERNANDEZ MARTINEZ,  SANTA R. MARTINEZ, IGNACIO HERNANDEZ REGINO, IRENE RODRIGUEZ MERINO, ROBERTO HERNANDEZ REGINO, REGINA LOPEZ MARTINEZ, MARTHA MARTINEZ PATRICIO, VALENTIN PATRICIO LOPEZ, MARCELINA PORFIRIO LOPEZ and ANDRES RAMIREZ

Dated:  March 14, 2011     TALAMANTES/VILLEGAS/CARRERA, LLP

                           /s/ (As Authorized On March 14, 2011)
                           By:   MARK TALAMANTES
                           Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ, MARICELA BAUTISTA MARTINEZ, APOLINAR PRIMITIVO GOMEZ, JACINTA ROJAS, NATALIA LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA PRIMITIVO ROJAS, and MARIO PATRICIO MARTINEZ

List of Additional Counsel:

*Michael L. Meuter, SBN 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, California   93905
Telephone: (831) 757-5674; Facsimile: (831) 757-6212
E-mail: mmeuter@crla.org

Attorneys for REGINO PRIMITIVO GOMEZ, MARICELA BAUTISTA MARTINEZ, ZEFERINO FERNANDEZ GONZALEZ, CARLOS CRUZ CORTES, APOLINAR PRIMITIVO GOMEZ, JACINTA ROJAS, EUGENIA LOPEZ MARTINEZ, NATALIA LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA PRIMITIVO ROJAS, JULIANA MARTINEZ LOPEZ, PEDRO MARTINEZ PRIMITIVO, JACINTA MARTINEZ LOPEZ, ZEFERINO PORFIRIO MARTINEZ, AMELIA RUIZ JIMENEZ, ADELINA BAUTISTA, TERESA BAUTISTA MERINO, JAVIER CRUZ NICOLAS, HILARIO HERNANDEZ MARTINEZ, SANTA R. MARTINEZ, IGNACIO HERNANDEZ REGINO, IRENE RODRIGUEZ MERINO, ROBERTO HERNANDEZ REGINO, REGINA LOPEZ MARTINEZ, MARTHA MARTINEZ PATRICIO, VALENTIN PATRICIO LOPEZ, MARCELINA PORFIRIO LOPEZ and ANDRES RAMIREZ

MARK A. TALAMANTES, SBN 187961
R. MICHAEL FLYNN, SBN 258732
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000; Facsimile: (415) 989-8028
E-mail: mark@e-licenciados.com
        michael@e-licenciados.com

Attorneys for REGINO PRIMITIVO GOMEZ, MARICELA BAUTISTA MARTINEZ, APOLINAR PRIMITIVO GOMEZ, JACINTA ROJAS, NATALIA LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA PRIMITIVO ROJAS, and MARIO PATRICIO MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated:   April 7, 2011          /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE