Felicia A. Espinosa, SBN 267198
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California 93721
Telephone: (559) 441-8721; Facsimile (559) 441-0724
E-mail: fespinosa@crla.org

Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ,
 . . . and, ANDRES RAMIREZ

*Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINO PRIMITIVO GOMEZ; MARICELA BAUTISTA MARTINEZ; ZEFERINO FERNANDEZ GONZALEZ; CARLOS CRUZ CORTES; APOLINAR PRIMITIVO GOMEZ; JACINTA ROJAS; EUGENIA LOPEZ MARTINEZ; NATALIA LOPEZ; MARIANO PRIMITIVO MARTINEZ; ERIKA PRIMITIVO ROJAS; JULIANA MARTINEZ LOPEZ; PEDRO MARTINEZ PRIMITIVO; JACINTA MARTINEZ LOPEZ; ZEFERINO PORFIRIO MARTINEZ; AMELIA RUIZ JIMENEZ; ADELINA BAUTISTA; TERESA BAUTISTA MERINO; JAVIER CRUZ NICOLAS; HILARIO HERNANDEZ MARTINEZ; SANTA R. MARTINEZ; IGNACIO HERNANDEZ REGINO; IRENE RODRIGUEZ MERINO; ROBERTO HERNANDEZ REGINO; REGINA LOPEZ MARTINEZ; MARTHA MARTINEZ PATRICIO; VALENTIN PATRICIO LOPEZ; MARCELINA PORFIRIO LOPEZ; ANDRES RAMIREZ; and, MARIO PATRICIO MARTINEZ;  Individuals,<br><br>      Plaintiff,<br><br>vs.<br><br>H & R GUNLUND RANCHES, INC., a California Corporation; and DOES 1 through 10, Inclusive,<br><br>      Defendant. | CASE No.:   1:10-cv-01163-LJO-MJS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION TO ALLOW THE PARTIES TO EXCHANGE INFORMATION, SEEK TO AMEND THE PLEADINGS, AND PARTICIPATE IN MEDIATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between all PLAINTIFFS ("Plaintiffs" collectively), on the one hand, and Defendant H & R GUNLUND RANCHES, INC. ("Defendant" collectively), on the other hand (Plaintiffs and Defendant collectively referred to herein as the "Parties" or individually as a "Party"), by and through their respective undersigned counsel, as follows:

WHEREAS, the Parties will participate in a settlement conference with Magistrate Seng on Friday, July 8, 2011, having already discussed, among other things, what information and documents Defendant needs from Plaintiffs in order to engage in meaningful and reasonably informed, arm's-length settlement negotiations with the plaintiff class;

WHEREAS, as is set forth herein, the Parties have agreed upon the nature of the information Plaintiffs will produce to Defendants in order to conduct such negotiations, as well as the process by which such production will occur;

WHEREAS, the parties have agreed to stay, suspend and/or continue all outstanding discovery and law and motion matters – with the exception of Defendant's request for Plaintiffs to respond to Special Interrogatories Set One and Two, and Request for Production of Documents Sets One and Two, for the following six named plaintiffs: as described herein; Carlos Cruz Cortez, Apolinar Primitivo Gomez, Jacinta Rojas (if she is not out of the State of California), Natalia Lopez Ordaz, Mariano Primitivo Martinez, and Regino Primitivo Gomez.  In order to allow time for Plaintiffs to compile and produce to Defendant's counsel the responses, the Plaintiffs shall respond to these requests by June 22, 2011;

WHEREAS, as is set forth herein, the Defendant agrees that in the event the settlement conference proves unsuccessful, the Plaintiffs shall file no later than August 8, 2011 a motion to amend the complaint to raise allegations against potential defendant LP and RG Gunlund (a partnership).  The Defendant reserves the right to oppose the motion, including arguments based on

timeliness, notwithstanding the time the parties have stayed litigation pending settlement negotiations as described herein.

THEREFORE, in light of the foregoing, the Parties hereby stipulate as follows:

1. Plaintiffs will respond to Special Interrogatories set one and two, and Request for Production of Documents Set One and Two, for the following six named Plaintiffs: Carlos Cruz Cortez, Apolinar Primitivo Gomez, Jacinta Rojas (if she is not out of the State of California), Natalia Lopez Ordaz, Mariano Primitivo Martinez, and Regino Primitivo Gomez.

2. Production of the above-described responses will be due by June 22, 2011. All outstanding deadlines for discovery responses, depositions, motions to compel, and other law and motion matters are tolled or continued until 30 days after the Settlement Conference. This provision expressly extends the date by which LP & RG Gunlund must object to, move to quash, and/or respond to the subpoenas presently served in this matter.

3. The parties shall meet and confer to determine dates of availability to conduct depositions and re-set discovery production due dates.

4. This stipulation may be executed in counterparts and by facsimile.

5.

**SO STIPULATED AND AGREED.**


Dated: June 15, 2011                TALAMANTES/VILLEGAS/CARRERA, LLP


                                    ____/s/_____
                            By:     Mark Talamantes
                                    Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ,
                                    MARICELA BAUTISTA MARTINEZ, APOLINAR
                                    PRIMITIVO GOMEZ, JACINTA ROJAS, NATALIA
                                    LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA
                                    PRIMITIVO ROJAS, and MARIO PATRICIO MARTINEZ

| | | |
|---|---|---|
| Dated: June 15, 2011 | | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| | By: | _____/s/_____<br>Felicia Espinosa<br>Attorneys for Plaintiffs REGINO PRIMITIVO GOMEZ, MARICELA BAUTISTA MARTINEZ, ZEFERINO FERNANDEZ GONZALEZ, CARLOS CRUZ CORTES, APOLINAR PRIMITIVO GOMEZ, JACINTA ROJAS, EUGENIA LOPEZ MARTINEZ, NATALIA LOPEZ, MARIANO PRIMITIVO MARTINEZ, ERIKA PRIMITIVO ROJAS, JULIANA MARTINEZ LOPEZ, PEDRO MARTINEZ PRIMITIVO, JACINTA MARTINEZ LOPEZ, ZEFERINO PORFIRIO MARTINEZ, AMELIA RUIZ JIMENEZ, ADELINA BAUTISTA, TERESA BAUTISTA MERINO, JAVIER CRUZ NICOLAS, HILARIO HERNANDEZ MARTINEZ, SANTA R. MARTINEZ, IGNACIO HERNANDEZ REGINO, IRENE RODRIGUEZ MERINO, ROBERTO HERNANDEZ REGINO, REGINA LOPEZ MARTINEZ, MARTHA MARTINEZ PATRICIO, VALENTIN PATRICIO LOPEZ, MARCELINA PORFIRIO LOPEZ and ANDRES RAMIREZ |
| Dated: June 15, 2011 | | LITTLER MENDELSON |
| | By: | _____/s/_____<br>Daniel J. Cravens<br>Attorneys for Defendants, H & R GUNLUND RANCHES, INC. |

**ORDER**

For good cause shown, the Stipulation is approved. However, no action or time extension provided for in this Stipulation or Order shall constitute grounds for, nor be argued as justification for, change to any other pre-trial or trial date.

IT IS SO ORDERED.

Dated:   June 24, 2011              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE