IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINO PRIMITIVO GOMEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>H & R GUNLUND RANCHES, INC.,<br><br>Defendant.<br>_____/ | CASE NO. CV F 10-1163 LJO MJS<br><br>**ORDER TO SET FINAL APPROVAL OF SETTLEMENT AND FEES HEARING** |

This is a certified class action asserting violations of the Fair Labor Standards Act ("FLSA"). By telephonic notice, plaintiffs notified this Court that plaintiffs and defendant H&R Gunlund Ranches, Inc. settled this action. Accordingly, this Court VACATES all outstanding dates, including the December 5, 2011 court trial and SETS the following briefing schedule for Final Approval of the Class Action Settlement:

1. The parties shall file and serve a motion for final approval of settlement and fees no later than November 1, 2011;

2. Opposition to the motion, if any, shall be filed and served no later than November 8, 2011. **Any party who opposes the settlement and wishes to be heard at the hearing must file a notice with this Court which states the reasons for the opposition and requests the opportunity to be heard. All statements must be received by this Court no later than November 8, 2011**;

3. This Court SETS a hearing on the motion for final approval of the settlement and fees on **Tuesday, November 15, 2011 at 8:30 a.m. in Courtroom 4 (LJO).** Telephonic

1

appearances are encouraged.  The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:     October 7, 2011**                              /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE